ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1
Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIARA L. SMITH, | ) Case No. 2:25-CV-01913-CKD |
| Plaintiff, | ) STIPULATION AND ORDER FOR AN ) EXTENSION OF TIME |
| vs. | ) |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from January 15, 2026, up to and including February 14, 2026.  The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension to allow sufficient time to prepare the Commissioner's brief in light of this case's recent reassignment to the Defendant's undersigned counsel due to office need. Defendant's counsel has

been diligent in her work, and in the last four weeks, has completed seven responsive briefs, including a Circuit brief, and a one settlement memorandum. In addition to this case, counsel has ten upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated:  January 15, 2026          By:    /s/ *Jonathan Pena*
                                         (*as authorized via e-mail on January 15, 2026)
                                         JONATHAN PENA
                                         Attorney for Plaintiff

Dated:  January 15, 2026                 ERIC GRANT
                                         United States Attorney
                                         MATHEW W. PILE
                                         Head of Program Litigation 1
                                         Social Security Administration

                                  By:    /s/ *Lillian J. Lee*
                                         LILLIAN J. LEE
                                         Special Assistant U.S. Attorney
                                         Attorneys for Defendant

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED that Defendant shall have an extension, up to and including February 14, 2026, to respond to Plaintiff's Motion for Summary Judgment.

Dated:  January 21, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE